**United States District Court**
WESTERN DISTRICT OF WASHINGTON

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

        v.

JAMBA JUICE COMPANY,

        Defendant

ALI TOMLIN,

        Plaintiff Intervenor,

        v.

JAMBA JUICE COMPANY, JAMBA, INC.,
CHARLES "CHUCK" VINCENT, and the
marital community thereof, and DOES 1-5,
inclusive.

        Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5269BHS

☐ **Jury Verdict**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **Decision by Court**    This action came on before the Court on Defendants' Jamba Juice Company and Jamba, Inc. Offer of Judgment per Federal Rule of Civil Procedure 68.

    IT IS ORDERED AND ADJUDGED

Plaintiff Intervenor Ali E Tomlin hereby accepts Defendants' Jamba Juice Company and Jamba Inc. Offer of Judgment. Judgment is hereby entered against Defendants' Jamba Juice Company and Jamba Inc. in the amount of $85,000.00, in addition to reasonable attorney fees and costs.

DATE:   July 29, 2008

                                       BRUCE RIFKIN
                                                   Clerk

                                       /*s/ Rhonda Miller*
                                       (By) Deputy Clerk