THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMBA JUICE COMPANY,<br><br>Defendant**.** | CIVIL ACTION NO. 08-CV-05269 BHS<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

It is hereby stipulated by and between Plaintiff, Equal Employment Opportunity Commission, and Defendant, Jamba Juice Company, through their attorneys of record that the above-captioned action be dismissed with prejudice in its entirety as to all claims and all parties pursuant to Federal Rule of Civil Procedure 41.  Each party will bear its own costs and attorney's fees.

**STIUPLATION FOR DISMISSAL -** Page 1 of 3
CIVIL ACTION NO. 08-CV-05269 BHS

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone:  (415) 625-5651
Facsimile:  (415) 625-5657

| | |
|---|---|
| Dated:  December 12, 2008 | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>350 The Embarcadero, Suite 500<br>San Francisco, CA  94105<br>Telephone: 415-625-5651<br>Facsimile: 415-625-5657 |
| | By  /s/ Marcia L. Mitchell<br>Marcia Mitchell<br>Attorneys for Plaintiff EEOC |
| Dated:  December 12, 2008 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3012<br>Telephone: 310-229-1000<br>Facsimile:  310-229-1001 |
| | By /s/ Anastasia M. Boles<br>Anastasia M. Boles<br>Attorneys for Defendant JAMBA JUICE CORPORATION |

**E-filing concurrence**: I, Marcia L. Mitchell, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of counsel for Defendants for the filing of the instant pleading.

  /s/ Marcia L. Mitchell
Marcia Mitchell
Attorney for Plaintiff EEOC

**STIUPLATION FOR DISMISSAL -** Page 2 of 3
CIVIL ACTION NO. 08-CV-05269 BHS

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone:  (415) 625-5651
Facsimile:  (415) 625-5657

ORDER

Based on the stipulation of the parties, it is hereby ordered that the above-referenced matter is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: 12/12/08

_____
BENJAMIN H. SETTLE
United States District Judge

**STIUPLATION FOR DISMISSAL -** Page 3 of 3
CIVIL ACTION NO. 08-CV-05269 BHS

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone:  (415) 625-5651
Facsimile:  (415) 625-5657